**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------
DR. DAVID SIMAI,
on behalf of Plaintiff and the class defined herein,

                        Plaintiff,

     v.

CAROLINA LIQUID CHEMISTRIES
CORPORATION and JOHN DOES 1-10,

                        Defendants.
------------------------------------------------------------------

## COMPLAINT  – CLASS ACTION

### INTRODUCTION

1.     Plaintiff Dr. David Simai brings this action to secure redress for the actions of Defendants Carolina Liquid Chemistries Corporation and John Does 1-10, in sending or causing the sending of unsolicited advertisements to telephone facsimile machines in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").

2.     The TCPA expressly prohibits unsolicited fax advertising.  Unsolicited fax advertising damages the recipients.  The recipient is deprived of its paper and ink or toner and the use of its fax machine.  The recipient also wastes valuable time it would have spent on something else.  Unsolicited faxes prevent fax machines from receiving and sending authorized faxes, cause wear and tear on fax machines, and require labor to attempt to identify the source and purpose of the unsolicited faxes.

### PARTIES

3.     Plaintiff Dr. David Simai has offices in the Eastern District of New York, where he maintains telephone facsimile equipment that automatically prints incoming faxes on paper using toner/ ink.

4.     Defendant Carolina Liquid Chemistries Corporation is a Delaware corporation with

its principal place of business at 313 Gallimore Dairy Rd., Greensboro, NC 27409-9724.  Its

principal officers are Patricia Shugart and Phil Shugart, both of 2700 Windsor Road, Winston-Salem

NC 27104.  Phil Shugart is also its registered agent.

5.      Defendant Carolina Liquid Chemistries Corporation sells analyzing equipment to

physician offices, lab testing companies, and hospitals.  It also manufactures and sells chemical

reagents that are used in laboratory tests.

6.      John Does 1-10 are other natural or artificial persons that were involved in the

sending of the facsimile advertisements described below.  Plaintiff does not know who they are.

## JURISDICTION AND VENUE

7.      This Court has jurisdiction under 28 U.S.C. §1331.   *Mims v. Arrow Financial*

*Services, LLC*, 565 U.S. 368, 132 S. Ct. 740, 751-53 (2012).

8.      Personal jurisdiction exists in that Defendants have committed tortious acts in New

York by causing the transmission of unlawful communications into the state.

9.       Venue in this District is proper for the same reason.

## FACTS

10.     On June 8, 2021, Dr. David Simai received the unsolicited fax  attached as Exhibit

A on his facsimile machine.

11.     Plaintiff is a doctor who has offices in the Eastern District of New York where he

sees and treats patients on a regular basis.

12.     Plaintiff, a doctor with a medical practice, would be the target of a company

interested in selling analyzing equipment or reagents used therein to physician offices, lab testing

companies, and hospitals.

13.     Discovery may reveal the transmission of additional faxes as well.

14.     The fax purports to invite recipients to enter into a drawing or contest for an

American Express gift card.

15.     In order to enter, the recipient must enter among other things the name and email of

the lab manager, who would be the person that  Carolina Liquid Chemistries Corporation would naturally sell to.

16.     Exhibit A in part informs the recipient of a website which when visited informs the person of the Defendant Carolina Liquid Chemistries Corporation 's products and services that are commercially available.

17.     Exhibit A includes Defendant Carolina Liquid Chemistries Corporation 's name, logo and website.

18.     If the recipient enters the contest online, he or she must access a page of the website, of which Exhibit B is a screenshot, which displays a button marked "products" at the top.  That button leads one to a screen listing types of products Defendant Carolina Liquid Chemistries Corporation sells.  If one clicks on "all products" one gets the material in Exhibit C.

19.     Exhibit C is a key part of Defendant Carolina Liquid Chemistries Corporation's website.

20.     The full text of the website material in Exhibit B is in Exhibit D.  It states at the bottom, "Carolina Liquid Chemistries delivers quality products and exceptional service for reference and clinical laboratories throughout the United States."

21.     The website and fax promote commercial availability of Defendant Carolina Liquid Chemistries Corporation 's products and services.

22.     The faxes were sent as part of an overall marketing plant to raise health care providers' awareness of Defendant Carolina Liquid Chemistries Corporation 's goods and services and sell such goods and services.

23.     On information and belief, the purpose of the fax is to generate lists of prospects and expose them to the products sold by Defendant Carolina Liquid Chemistries Corporation .

24.     The fax does not contain information on how to opt out of further faxes.

25.     Defendants either negligently or wilfully violated the rights of Plaintiff and other recipients in sending the faxes.

26.     Plaintiff had no prior relationship with Defendant Carolina Liquid Chemistries Corporation  and had not authorized the sending of fax advertisements to Plaintiff.

27.     On information and belief, the fax attached hereto was sent as part of a mass broadcasting of faxes.

28.     The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine ..." 47 U.S.C. §227(b)(1)(C).

29.     On information and belief, Defendants have transmitted similar unsolicited fax advertisements to at least 40 other persons in New York and others elsewhere.

30.     There is no reasonable means for Plaintiff or other recipients of Defendants' unsolicited advertising faxes to avoid receiving illegal faxes.  Particularly in the medical field, where fax machines are used for the secure transmission of confidential patient information, fax machines must be left on and ready to receive the urgent communications authorized by their owners.

31.     Defendants' conduct caused recipients of their advertising to bear the cost thereof. This gave Defendants an unfair competitive advantage over businesses that advertise lawfully, such as by direct mail.  For example, an advertising campaign targeting one million recipients would cost $500,000 if sent by U.S. mail but only $20,000 if done by fax broadcasting.  The reason is that instead of spending $480,000 on printing and mailing his ad, the fax broadcaster misappropriates the recipients' paper and ink.  "Receiving a junk fax is like  getting junk mail with the postage due". Remarks of Cong. Edward Markey, 135 Cong Rec E 2549, Tuesday, July 18, 1989, 101st Cong. 1st Sess.

## COUNT I – TCPA

32.     Plaintiff incorporates ¶¶ 1-31.

33.     The TCPA makes unlawful the "use of any telephone facsimile machine, computer or other device to send an unsolicited advertisement to a telephone facsimile machine ..." 47 U.S.C. §227(b)(1)(c).

4

34.     The TCPA,  47 U.S.C. §227(b)(3), provides:

**Private right of action.**

**A person or entity may, if otherwise permitted by the laws or rules of court of a State, bring in an appropriate court of that State–**

> **(A)  an action based on a violation of this subsection or the regulations prescribed under this subsection to enjoin such violation,**

> **(B)  an action to recover for actual monetary loss from such a violation, or to receive $500 in damages for each such violation, whichever is greater, or**

> **(C)  both such actions.**

**If the Court finds that the defendant willfully or knowingly violated this subsection or the regulations prescribed under this subsection, the court may, in its discretion, increase the amount of the award to an amount equal to not more than 3 times the amount available under the subparagraph (B) of this paragraph.**

35.     Plaintiff and each class member suffered damages as a result of receipt of the unsolicited faxes, in the form of time, paper and ink or toner consumed as a result.  Furthermore, Plaintiff's statutory right of privacy was invaded.

36.     Plaintiff and each class member is entitled to statutory damages.

37.     Defendants violated the TCPA even if their  actions were only negligent.

38.     Defendants should be enjoined from committing similar violations in the future.

## CLASS ALLEGATIONS

39.     Pursuant to Fed.R.Civ.P. 23(a) and (b)(3), Plaintiff brings this claim on behalf of a class, consisting of (a) all persons (b) who, on or after a date four years prior to the filing of this action (28 U.S.C. §1658), (c) were sent faxes by or on behalf of Defendant Carolina Liquid Chemistries Corporation (d) either directly  advertising or promoting its goods or services for sale or inviting entry into a promotional contest, (d) where Defendants do not have evidence of consent or an established business relationship prior to the sending of the faxes.

40.     The class is so numerous that joinder of all members is impractical.  Plaintiff

alleges on information and belief, based on the generic nature of the fax, that there are more than 40 members of the class.

41.     There are questions of law and fact common to the class that predominate over any questions affecting only individual class members.  The predominant common questions include:

> a.     Whether Defendants engaged in a pattern of sending unsolicited faxes;
>
> b.     Whether the faxes are advertisements;
>
> c.     The manner in which Defendants compiled or obtained the list of fax numbers;
>
> d.     Whether Defendants thereby violated the TCPA.

42.     Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling class actions and claims involving unlawful business practices.  Neither Plaintiff nor Plaintiff's counsel have any interests which might cause them not to vigorously pursue this action.

43.     Plaintiff's claims are typical of the claims of the class members.  All are based on the same factual and legal theories.

44.     A class action is the superior method for the fair and efficient adjudication of this controversy.  The interest of class members in individually controlling the prosecution of separate claims against Defendants is small because it is not economically feasible to bring individual actions.

45.     Numerous courts have certified class actions under the TCPA.  *Holtzman v. Turza,* 08cv2014, 2009 WL 3334909,  2009 U.S. Dist. LEXIS 95620 (N.D.Ill. Oct. 14, 2009), *aff'd in part, rev'd in part, vacated in part,* 728 F.3d 682 (7th Cir. 2013); *Ballard RN Center, Inc. v. Kohll's Pharmacy and Homecare, Inc.* 2015 IL 118644, 48 N.E.3d 1060; *American Copper & Brass, Inc. v. Lake City Indus. Products, Inc.,* 757 F.3d 540, 544 (6th Cir. 2014); *In re Sandusky Wellness Center, LLC,* 570 Fed.Appx. 437, 437 (6th Cir. 2014); *Sandusky Wellness Center, LLC v. Medtox Scientific, Inc.,* 821 F.3d 992, 998 (8th Cir. 2016); *Sadowski v. Med1 Online, LLC,* 07cv2973, 2008 WL 2224892, 2008 U.S. Dist. LEXIS

6

41766 (N.D.Ill. May 27, 2008); *CE Design Ltd. v. Cy's Crabhouse North, Inc.,* 259 F.R.D. 135 (N.D.Ill. 2009); *Targin Sign Systems, Inc. v. Preferred Chiropractic Center, Ltd.,* 679 F.Supp.2d 894 (N.D.Ill. 2010); *Garrett v. Ragle Dental Laboratory, Inc.,* 10cv1315, 2010 WL 4074379, 2010 U.S. Dist. LEXIS 108339 (N.D.Ill. Oct. 12, 2010); *Hinman v. M&M Rental Center, Inc.,* 545 F.Supp.2d 802 (N.D.Ill. 2008); *G.M. Sign, Inc. v. Group C Communications, Inc.,* 08cv4521, 2010 WL 744262, 2010 U.S. Dist. LEXIS 17843 (N.D.Ill. Feb. 25, 2010); *Kavu, Inc. v. Omnipak Corp.,* 246 F.R.D. 642 (W.D.Wash. 2007); *Display South, Inc. v. Express Computer Supply, Inc.,* 961 So.2d 451, 455 (La.App. 2007); *Display South, Inc. v. Graphics House Sports Promotions, Inc.,* 992 So.2d 510 (La.App. 2008); *Lampkin v. GGH, Inc.,* 146 P.3d 847 (Ok.App. 2006); *ESI Ergonomic Solutions, LLC v. United Artists Theatre Circuit, Inc.,* 203 Ariz. 94, 50 P.3d 844 (2002); *Core Funding Group, LLC v. Young,* 792 N.E.2d 547 (Ind.App. 2003); *Critchfield Physical Therapy v. Taranto Group, Inc.,* 293 Kan. 285, 263 P.3d 767 (2011); *Karen S. Little, L.L.C. v. Drury Inns, Inc.,* 306 S.W.3d 577 (Mo.App. 2010); *Lindsay Transmission, LLC v. Office Depot, Inc.,* 4:12cv221, 2013 WL 275568,  2013 U.S. Dist. LEXIS 9554 (E.D.Mo. Feb. 24, 2013).

46.     Management of this class action is likely to present significantly fewer difficulties that those presented in many class actions, e.g. for securities fraud.

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and the class and against Defendants for:

   a.     Actual damages;

   b.     Statutory damages;

   c.     An injunction against the further transmission of unsolicited fax advertising;

   d.     Costs of suit;

   e.     Such other or further relief as the Court deems just and proper.


*/s/ Adam J.  Fishbein*
Adam J.  Fishbein

7

Adam J. Fishbein
**ADAM J. FISHBEIN, P.C.**
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
fishbeinadamj@gmail.com


pro hac vice admission to be sought:

Daniel A. Edelman (IL 0712094)
Dulijaza (Julie) Clark (IL 6273353)
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

T:\37963\Pleading\Complaint_Pleading.WPD

## **NOTICE OF ASSIGNMENT**

Please be advised that all rights relating to attorney's fees have been assigned to counsel.


*/s/ Adam J. Fishbein*
Adam J. Fishbein

## **EXHIBIT A**

# Enter to Win a $500 AmEx Gift Card

from **CAROLINA** LIQUID CHEMISTRIES CORP.

By helping us keep our records current, you will be entered to win a $500 AmEx gift card!

No purchase necessary. Entries must be received by Friday, June 11, 2021 to be eligible for drawing.



## TO ENTER:

**Complete** and **Fax** the form below to **336-793-4959**.

or enter online at **carolinachemistries.com/amex-gift-card**

Only complete and accurate entries will be accepted. All fields required. Please print legibly.

**Entrant First Name:** _____   **Last:** _____

**Facility/Laboratory Name:** _____

**Facility Phone** (Including Area Code): _____

**Lab Manager's First Name:** _____   **Last:** _____

**Lab Manager's Direct Email:** _____

**Mailing Address** (Include department, suite, or any other information we'll need to deliver your gift card if you win):

_____

**City:** _____   **State:** _____   **ZIP Code:** _____

☐ **By checking here, you, the Entrant, have affirmatively reviewed, accepted, and agreed to all of the Official Rules.**

Official Rules: One entry per person. Offer valid while supplies last. Open to legal residents of the United States of America, age 18 years or older. Void where prohibited; all federal, state, provincial and local laws and regulations apply. The winner will be selected at random on June 16, 2021. This giveaway is sponsored by Carolina Liquid Chemistries Corp (Sponsor), 313 Gallimore Dairy Road, Greensboro, NC 27409. This giveaway hosted is in no way sponsored, endorsed, administered by, or associated with American Express. Any disputes not resolved between the entrant and the Sponsor shall be individually resolved exclusively before a court located in the state of North Carolina. By entering this giveaway, participants agree to abide by the Sponsor's Official Rules and decisions, and to accept those decisions as final and binding. The Sponsor retains the right to refuse, withdraw, or disqualify entries at its sole discretion.

To enter, 1) Complete the form on this page accurately. 2) Please allow approximately 3 weeks for the delivery of the giveaway prize should you win it. 4) Entries must be received by no later than June 11, 2021 for entries in the giveaway to be considered valid.

## **EXHIBIT B**

 CAROLINA LIQUID CHEMISTRIES CORP

Products ▾   Company ▾   Contact ▾   For Customers ▾

## Enter to Win a $500 AmEx Gift Card from Carolina Liquid Chemistries

Entries must be received by Friday, June 11, 2021 to be eligible for drawing.

By helping us keep our records current, you will be entered to win a $500 AmEx gift card! Use the form below to enter. No purchase necessary.



### Enter the CLC Laboratory $500 AmEx Gift Card Giveaway

- Accurate information required for giveaway entry

**Your Name** *

First
[ First Name ]

Last
[ Last Name ]

**Facility/Laboratory Name** *
[ Your Organization ]

**Facility Phone** *
[ Including Area Code ]

**Lab Manager's Name** *

First
[ Lab Manager's First Name ]

Last
[ Lab Manager's Last Name ]

Official Rules: One entry per person. Offer valid while supplies last. Open to legal residents of the United States of America, age 18 years or older. Void where prohibited; all federal, state, provincial and local laws and regulations apply. The winner will be selected at random on June 16, 2021. This giveaway is sponsored by Carolina Liquid Chemistries Corp (Sponsor), 913 Gallimore Dairy Road, Greensboro, NC 27409. This giveaway hosted is in no way sponsored, endorsed, administered by, or associated with American Express. Any disputes not resolved between the entrant and the Sponsor shall be individually resolved exclusively before a court

**<u>EXHIBIT C</u>**



## All Products

MENU

Carolina Liquid Chemistries Understands What Clinical Chemistry Laboratories Need

We market clinical chemistry analyzers and over 100 different general chemistry and toxicology (urine drug screen) reagents. Clinical laboratories of all sizes use our products, from space-saving bench top models to powerful high-volume modular models. We also provide reagents, support and service for use on Olympus, Beckman Synchron, BiOLiS and CLC-branded chemistry analyzers.

### Meet the Family

**An All New Clinical Chemistry Analyzers from Carolina Liquid Chemistries**

Perfect for clinical laboratories of all sizes.



Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 16 of 48 PageID #: 16



# Floor Model Clinical Chemistry Analyzers



## CLC6410 Chemistry Analyzer

up to 1,600 tests/hour

Modular and designed for large hospitals and reference laboratories

Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 17 of 48 PageID #: 17



## CLC1600 Chemistry Analyzer

up to 900 tests/hour

Perfect for mid-sized and large clinical laboratories



## CLC800 Chemistry Analyzer

up to 400 tests/hour

Effective for small and mid-sized laboratories



## Refurbished Olympus Instruments

Case 2:21-cv-04173-GRB-AKT   Document 1   Filed 07/26/21   Page 18 of 48 PageID #: 18

Affordable, refurbished Olympus® AU400, AU480, AU640, AU680, AU2700 and AU5800 chemistry analyzers and reagents for use on these analyzers.

# Benchtop Clinical Chemistry Analyzers



### EasyRA Benchtop Chemistry Analyzer

**Moderately Complex**

Urine Drug Screening and General Chemistries all in One System. Easy to use. Easy to learn, easy to use, easy to maintain. No water system required.



### DZ-Lite™ c270

**Benchtop Special Chemistry Analyzer**

Advanced benchtop clinical chemistry analyzer with a menu of FDA-Cleared, Moderately Complex, Innovative Assays.

Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 19 of 48 PageID #: 19



## CLC480/BiOLiS 24i

### Benchtop Chemistry Analyzer

Most advanced benchtop solution for small clinical laboratories located in a physician office.

---

# Reagents



### Generic Reagents for use on Chemistry Analyzers

Reagents for use on all CLC-branded chemistry analyzers, as well as some Olympus and Beckman Synchron chemistry analyzers



## Toxicology Reagents (Urine Drug Screen)

A wide variety of toxicology reagents for urine drug screening



## Reagents for EasyRA®

A consolidated, moderately complex solution combining drugs of abuse, routine and specialty chemistries on a single, easy-to-use analyzer.



## Reagents for Olympus AU400 and AU480 Chemistry Analyzers

Reagents, Support and Service for Use on select Olympus AU analyzers.



## Reagents for Beckman Synchron Chemistry Analyzers

Barcoded Reagents, Support and Service for Use on Beckman Synchron Products



## Fentanyl (Norfentanyl) for Use on the EasyRA®

The first CLIA Moderately Complex Norfentanyl test available on a Benchtop Analyzer



## Vitamin D for Chemistry Analyzers

Fast, Easy, FDA-Cleared Vitamin D Assay for Chemistry Analyzers



Lp-PLA2 (PLAC®) test for Chemistry Analyzers

The PLAC® Test Clearly Identifies Active Cardiovascular Inflammatory Disease

---

# Coronavirus (COVID-19) Tests and Related Products



Point-of-Care (POC)/Waived CareStart™ COVID-19 Antigen Rapid Test

## FDA Emergency Use Authorization Granted
## Results in 10 Minutes – *WAIVED*



Point-of-Care (POC)/Waived/Fingerstick Fastep® COVID-19 IgG/IgM Antibody Rapid Test Device by Assure Tech.

## FDA Emergency Use Authorization Granted
## Results in 15 Minutes – *WAIVED*







*Status*™ COVID-19/Flu A&B Antigen Test

## FDA Emergency Use Authorization Granted
## Results in 15 Minutes – *WAIVED*

Clinical Chemistry Analyzers and Reagents from Carolina Liquid Chemistries



## Diazyme DZ-Lite SARS-CoV-2 IgG and IgM Automated Antibody CLIA Test Kits

### FDA Emergency Use Authorization Granted

For use on the DZ-Lite 3000 Plus Fully Automated Chemiluminescence Immunoassay System



## QuantiVirus™ SARS-CoV-2 Test Kit from DiaCarta

### FDA Emergency Use Authorization Granted.

Detection of COVID-19 Coronavirus.



## QuantiVirus™ SARS-CoV-2 Multiplex Test Kit from DiaCarta

### FDA Emergency Use Authorization Granted.
Detection of COVID-19 Coronavirus.



## Molecular Quality Controls & Calibration Verification Material for SARS-CoV-2 & Other Respiratory Pathogens

From Randox

Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 26 of 48 PageID #: 26



## Serology Quality Controls for Infectious Diseases (3rd Party QC)

From Randox



## COVID-19 Specimen Collection Supplies

Sputolysin, Swabs, and Viral Transport Media (VTM)

---

# Nucleic Acid Extraction Instruments



# ANDiS 350 Automated Nucleic Acid Extraction System

## Sample Throughput: 16/32



# ANDiS 380 Automated Nucleic Acid Extraction System

## Sample Throughput: 1~96

---

# Real-Time PCR Instruments

Clinical Chemistry Analyzers and Reagents from Carolina Liquid Chemistries



## EqTOWER³ PCR Instruments

96 well qTOWER³ G and 384 well qTOWER³ 84



## Azure Cielo™ Real-Time PCR System

384 well, 6-channel qPCR System

---

## Quality Control and Calibration Verification Material for Infectious Diseases

Case 2:21-cv-04173-GRB-AKT   Document 1   Filed 07/26/21   Page 29 of 48   PageID #: 29



## Molecular Quality Controls & Calibration Verification Material for SARS-CoV-2 & Other Respiratory Pathogens

From Randox



## Molecular Quality Controls & Calibration Verification Material for Infectious Diseases (3rd Party QC)

From Randox



## Serology Quality Controls for Infectious Diseases (3rd Party QC)

From Randox

---

# POC & Rapid Diagnostic Tests



## EZ Click™ Cup

One-Step Drug Screening Test Cups – *WAIVED*

Clinical Chemistry Analyzers and Reagents from Carolina Liquid Chemistries



## ECO® II Cup

One-Step Drug Screening Test Cups – *WAIVED*



## Hemosure iFOB Immunochemical Fecal Occult Blood Test (FIT)

Clinically and Cost-Effectively the Right Choice – *WAIVED*



## First Sign One-Step Urine Pregnancy Test

Cassette and Strip, and Combo Urine Test and Urine Serum – **WAIVED**



## Point-of-Care (POC)/Waived CareStart™ COVID-19 Antigen Rapid Test

### FDA Emergency Use Authorization Granted

Results in 10 Minutes – **WAIVED**



Point-of-Care (POC)/Waived/Fingerstick Fastep® COVID-19 IgG/IgM Antibody Rapid Test Device by Assure Tech.

## FDA Emergency Use Authorization Granted

Results in 15 Minutes – *WAIVED*







*Status*™ COVID-19/Flu A&B Antigen Test

## FDA Emergency Use Authorization Granted

Results in 15 Minutes – *WAIVED*

---

# Erythrocyte Sedimentation Rate (ESR) Products

Clinical Chemistry Analyzers and Reagents from Carolina Liquid Chemistries



## miniiSED® Fully Automated Erythrocyte Sedimentation Rate (ESR) Analyzer

Minimize the Hassle of ESR Testing in Your Lab

 

## iSED® Fully Automated Erythrocyte Sedimentation Rate (ESR) Analyzer

The STAT SED Rate is now a Reality



## SEDITROL® Quality Control

Monitor the Performance of Erythrocyte Sedimentation Rate (ESR) Procedures

---

# HbA1c Analyzer



## Premier™ Hb9210

Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 36 of 48 PageID #: 36

Compact, integrated HPLC system and workstation intended for the qualitative measurement of hemoglobin A1c (HbA1c) in human capillary and venous whole blood.

---

# Immunoassay Analyzers



### NanoEntek FREND™ System – Rapid Immunoassay Analyzer

Immunoassay instrument that utilizes disposable cartridge to provide in vitro diagnostics results.



### AIA-360 Automated Immunoassay Analyzer

Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 37 of 48 PageID #: 37

The AIA-360 immunoassay analyzer offers exceptional diagnostics while being both compact and cost-effective.



## AIA-900 Automated Immunoassay Analyzer

Available in four configurations, the AIA-900 offers powerful automation for immunoassay testing with flexible expansion capabilities



## Snibe MAGLUMI 2000 Chemiluminescence Immunoassay (CLIA) System

Compact Analyzer for Sophisticated Diagnostics

---

# Hematology Analyzers

Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 38 of 48 PageID #: 38



## Mindray BC-3600 Compact Auto Hematology Analyzer

Provides 3-Part Diff. Complete with an intuitive operation system, convenient data communication interface, and excellent performance, BC-3600 is a system solution for satellite labs and clinics.



## Mindray BC-5390 Auto Hematology Analyzer

Rapid and reliable test from just 33uL of blood. Utilizing three mainstream technologies: laser scatter, flow cytometry and chemical dye, BC-5390 can provide accurate 5-Part Differential readout.

# Veterinary Chemistry Analyzers

With low analyzer and test pricing, we are in the business of *saving veterinarians money*.



### EasyRA Benchtop Chemistry Analyzer

EasyRA is a powerful veterinary chemistry analyzer for animal health diagnostics



### Seamaty SMT-120VP Veterinary Biochemistry Analyzer

Compact chemistry, electrolyte, immunoassay and coagulation analyzer for animal health diagnosis.

---

# Laboratory Consulting Services

Clinical Chemistry Analyzers and Reagents from Carolina Liquid Chemistries



## Carolina Connect

Connect with laboratory technical consultants, experts in Chemistry and Toxicology.

---

# Service, Technical Support, and Customer Training

### Service

Service contracts and preventative maintenance for clinical laboratories

### Technical Support

Nationwide troubleshooting and validation/verification assistance

### Customer Training

Quality training for instrument operation

### Service Contracts for Olympus and Beckman Chemistry Analyzers

Service for Olympus AU and Beckman Synchron chemistry systems

Case 2:21-cv-04173-GRB-AKT Document 1 Filed 07/26/21 Page 41 of 48 PageID #: 41









Carolina Liquid Chemistries delivers quality products and exceptional service for reference and clinical laboratories throughout the United States.

**Let us share our stories with you.**

First Name

Last Name

Email Address

Sign Up!

© 2020 Carolina Liquid Chemistries. All Rights Reserved. Please read our **Terms and Conditions**.

**<ins>EXHIBIT D</ins>**



# Enter to Win a $500 AmEx Gift Card fro Carolina Liquid Chemistries

MENU

Entries must be received by Friday, June 11, 2021 to be eligible for drawing.

**By helping us keep our records current, you will be entered to win a $500 AmEx gift card! Use the form below to enter. No purchase necessary.**

## Enter the CLC Laboratory $500 AmEx Gift Card Giveaway

- Accurate information required for giveaway entry



**Your Name  \***

**First**

First Name

**Last**

Last Name

## Facility/Laboratory Name  *

Your Organization

## Facility Phone  *

Including Area Code

## Lab Manager's Name  *

**First**

Lab Manager's First Name

**Last**

Lab Manager's Last Name

## Lab Manager's Direct Email  *

Lab Manager's Email

**Enter Email**

Confirm Lab Manager's Email

**Confirm Email**

## Shipping Address - include department, suite, or any other information we'll need to deliver your gift card if you win.  *

**Street Address**

**Address Line 2**

**City**

**State**

**ZIP Code**

☐ **I consent to the Official Rules**

By checking here, You, the Entrant, have affirmatively reviewed, accepted, and agreed to all of the Official Rules.

| Submit |
| --- |

Official Rules: One entry per person. Offer valid while supplies last. Open to legal residents of the United States of America, age 18 years or older. Void where prohibited; all federal, state, provincial and local laws and regulations apply. The winner will be selected at random on June 16, 2021. This giveaway is sponsored by Carolina Liquid Chemistries Corp (Sponsor), 313 Gallimore Dairy Road, Greensboro, NC 27409. This giveaway hosted is in no way sponsored, endorsed, administered by, or associated with American Express. Any disputes not resolved between the entrant and the Sponsor shall be individually resolved exclusively before a court located in the state of North Carolina. By entering this giveaway, participants agree to abide by the Sponsor's Official Rules and decisions, and to accept those decisions as final and binding. The Sponsor retains the right to refuse, withdraw, or disqualify entries at its sole discretion.

Case 2:21-cv-04173-GRB-AKT   Document 1   Filed 07/26/21   Page 47 of 48 PageID #: 47

To enter, 1) Complete the form on this page accurately. 2) Please allow approximately 3 weeks for the delivery of the giveaway prize should you win it. 4) Entries must be received by no later than June 11, 2021 for entries in the giveaway to be considered valid.



Carolina Liquid Chemistries delivers quality products and exceptional service for reference and clinical laboratories throughout the United States.

**Let us share our stories with you.**

Case 2:21-cv-04173-GRB-AKT   Document 1   Filed 07/26/21   Page 48 of 48 PageID #: 48

First Name

Last Name

Email Address

Sign Up!

© 2020 Carolina Liquid Chemistries. All Rights Reserved. Please read our **Terms and Conditions**.