UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DAVID SAMAI,<br>,          Plaintiff,<br><br>vs.<br><br>CAROLINA LIQUID CHEMISTRIES,<br>CORPORATION and JOHN DOES 1-10<br><br>          Defendants. | CIVIL ACTION NO. 1:21-cv-4173 (GRB) |

# NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Defendant Carolina Liquid Chemistries Corp. ("CLC") will move this Court before the Honorable Gary R. Brown, United States District Court Judge, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order dismissing the Complaint filed by Plaintiff Dr, David Simai ("Plaintiff") with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, andgranting all other relief that this Court deems just and proper.

This Motion is based on this Notice of Motion and the accompanying Memorandum of Law as well as the pleadings and other documents filed in this action.

Respectfully Submitted, this the 1st day of December 2021.

| | |
|---|---|
| /s/ Walter C. Holton, Jr. | /s/ Cheryl D. Andrews |
| Walter C. Holton, Jr. (*pro hac vice*) | Cheryl D. Andrews (*pro hac vice*) |
| NCSB# 12698 | NCSB# 37584 |
| HOLTON LAW FIRM, PLLC | HOLTON LAW FIRM, PLLC |
| 857 W. Fifth Street | 857 W. Fifth Street |
| Winston-Salem, NC, 27101 | Winston-Salem, NC 27101 |
| (336) 777-3480 | (336) 777-3480 |
| wholton@walterholton.com | candrews@walterholton.com |
| *Attorney for Defendant* | *Attorney for Defendant* |

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2021, I caused to be electronically filed the foregoing document with the Clerk of the Court via CM/ECF. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing systems. Parties may access the filing through the Court's CM/ECF System.

/s/ Cheryl D. Andrews
Cheryl D. Andrews (*pro hac vice*)
NCSB# 37584
HOLTON LAW FIRM, PLLC
857 W. Fifth Street
Winston-Salem, NC, 27101
(336) 777-3480
candrews@walterholton.com
*Attorney for Defendant*