IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. DAVID SIMAI<br>on behalf of plaintiff and a class defined herein,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINA LIQUID CHEMISTRIES,<br>CORPORATION and<br>CAROJOHN DOES 1-10,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 1:21-cv-4173 (GRB)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT

Plaintiff, Dr. David Simai, and Defendant Carolina Liquid Chemistries Corp., hereby inform the Court that the parties have reached an individual settlement which will resolve the case in its entirety. The parties expect to complete the settlement within the next 45 days and respectfully request that this Court strike all pending dates.

Respectfully submitted,

*/s/Walter C. Holton*
Walter C. Holton

Walter C. Holton, Jr. (*pro hac vice*)
Cheryl D. Andrews (*pro hac vice*)
HOLTON LAW FIRM, PLLC
857 W. Fifth Street
Winston-Salem, NC, 27101
(336) 777-3480
wholton@walterholton.com
*Attorneys for Defendant*

*/s/Julie Clark*
Julie Clark

Julie (Dulijaza) Clark (*pro hac vice*)
Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
Phone: (312) 739-4200

Adam J. Fishbein
ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, New York, 11598
Phone: (516) 668-6945
*Attorney for Plaintif*

## **CERTIFICATE OF SERVICE**

   I Julie Clark, hereby certify that on February 2, 2022 a true and accurate copy foregoing document was filed via the Court's CM/ECF system which shall cause service upon all counsel of record.

*/s/ Julie Clark*
Julie Clark
Daniel A. Edelman
Dulijaza (Julie) Clark (pro hac vice)
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

Adam J. Fishbein
ADAM J. FISHBEIN, P.C.
735 Central Avenue
Woodmere, New York 11598
(516) 668-6945
fishbeinadamj@gmail.com